# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 02, 2024

Mr. Ari Cuenin
Stone Hilton, P.L.L.C.
600 Congress Avenue
Austin, TX 78701

Mr. Christopher D. Hilton
Stone Hilton, P.L.L.C.
600 Congress Avenue
Austin, TX 78701

Mr. Andrew Patrick LeGrand
Gibson, Dunn & Crutcher, L.L.P.
2001 Ross Avenue
Suite 1100
Dallas, TX 75201

Mr. John Clay Sullivan
SL Law, P.L.L.C.
610 Uptown Boulevard
Suite 2000
Cedar Hill, TX 75104

   No. 24-10900   X Corp v. Media Matters
              USDC No. 4:23-CV-1175

Dear Mr. Cuenin, Mr. Hilton, Mr. LeGrand, Mr. Sullivan,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642