UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-01175-O |
| | § | |
| MEDIA MATTERS FOR AMERICA, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Motion to Stay Order to Compel (ECF No. 99), filed October 1, 2024. Defendants ask the Court to rule on this motion by Wednesday, October 2, 2024, at 12:00 p.m. However, given deadline to produce documents is October 7, 2024, the Court will permit Plaintiff the opportunity to be heard before reaching a decision on the motion.

To permit the Court to expeditiously resolve this dispute, Plaintiff is directed to respond no later than **October 3, 2024, at 5 p.m.** CST. Defendants shall reply no later than **October 4, 2024, at 5 p.m.**

**SO ORDERED** on this **1st day** of **October, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE