# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 03, 2024

Mr. Ari Cuenin
Stone Hilton, P.L.L.C.
600 Congress Avenue
Austin, TX 78701

Mr. Christopher D. Hilton
Stone Hilton, P.L.L.C.
600 Congress Avenue
Austin, TX 78701

    No. 24-10900   X Corp v. Media Matters
                     USDC No. 4:23-CV-1175

Dear Counsel:

This letter will serve to confirm our telephone conversation and message left this date advising the parties that the court has requested a response to the Appellants' Motion for stay pending appeal and to stay order be filed in this office Today, October 3, 2024 by 6:00 PM.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Casey A. Sullivan, Deputy Clerk
                                504-310-7642

cc:
    Mr. Andrew Patrick LeGrand
    Mr. John Clay Sullivan