**GIBSON DUNN**

Andrew LeGrand
Partner
T: +1 214.698.3405
M: +1 469.658.5686
alegrand@gibsondunn.com

October 3, 2024

Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408

Re:   *X Corp. v. Media Matters of America*, No. 24-10900

Dear Clerk:

  Defendants hereby notify the Court of the attached order issued in the district court today.

*See* Ex. A.

Sincerely,

GIBSON, DUNN & CRUTCHER LLP

Andrew LeGrand

Attachment