# EXHIBIT A

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP., | § |
| | § |
|    Plaintiff, | § |
| | § |
| v. | §   Civil Action No. 4:23-cv-01175-O |
| | § |
| MEDIA MATTERS FOR AMERICA, et al., | § |
| | § |
|    Defendants. | § |

## ORDER

Before the Court is Defendants' Motion to Stay Order to Compel (ECF No. 99), filed October 1, 2024. After receiving Plaintiff's response, the Court temporarily stays the turnover of any documents until the Court rules on Defendants' motion.

**SO ORDERED** on this **3rd day** of **October, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**