# GIBSON DUNN

Andrew LeGrand
Partner
T: +1 214.698.3405
M: +1 469.658.5686
alegrand@gibsondunn.com

October 7, 2024

Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408

Re:   *X Corp. v. Media Matters of America*, No. 24-10900

Dear Clerk:

   Defendants hereby notify the Court of the attached order issued in the district court today.

*See* Ex. A.

Sincerely,

GIBSON, DUNN & CRUTCHER LLP

Andrew LeGrand

Attachment

**Gibson, Dunn & Crutcher LLP**
2001 Ross Avenue Suite 2100  |  Dallas, TX 75201-2923  |  T: 214.698.3100  |  F: 214.571.2900  |  gibsondunn.com