# STONE HILTON

October 7, 2024

**Via CM/ECF**

Mr. Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit

    Re:    *X Corp v. Media Matters for America*, No. 24-10900

Dear Mr. Cayce:

    As Defendants alerted the Court in their filing this morning, the district court has issued an order "den[ying] Defendants' Motion to Stay Order to Compel" but "stay[ing] this case while Defendants seek the emergency relief they have filed to give the Fifth Circuit time to consider the request." ECF No. 108 at 14. In denying the motion to stay, the district court reasoned that "Defendants failed to comply with the June 6, 2024 Order, failed to describe[] the documents withheld, and because they did not even search for them, they could not assert the privilege with respect to specific documents in their amended objections." *Id.* at 8. Thus, "[w]aiver is a justified result given that each of these three reasons could independently warrant waiver." *Id.*

    Because there is no longer an emergency, the sole question for this Court is whether a stay pending appeal is appropriate under the factors set forth in *Nken v. Holder*, 556 U.S. 418, 427 (2009). Appellants cannot possibly satisfy those factors, for the reasons set forth in the district court's order from earlier today and in Appellee's response dated October 3, 2024.

                                                      Respectfully submitted.

                                                      */s/ Judd E. Stone*
                                                      Judd E. Stone
                                                      **STONE | HILTON PLLC**
                                                      judd@stonehilton.com
                                                      737.465.3897

cc: Counsel of Record

