# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 29, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-10900   X Corp v. Media Matters
               USDC No. 4:23-CV-1175

Enclosed is an order entered in this case.


                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Casey A. Sullivan, Deputy Clerk
                           504-310-7642

Mr. Michael Abrams
Ms. Aria Branch
Mr. Cody C. Coll
Mr. Ari Cuenin
Mr. Christopher D. Dodge
Mr. Christopher D. Hilton
Ms. Abha Khanna
Mr. Andrew Patrick LeGrand
Mr. Jacob D. Shelly
Mr. Judd E. Stone II
Mr. John Clay Sullivan