# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 29, 2024
Lyle W. Cayce
Clerk

No. 24-10900

X Corp.,

                *Plaintiff—Appellee*,

versus

Media Matters for America; Eric Hananoki; Angelo Carusone,

                *Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-1175

_____

UNPUBLISHED ORDER

Before Smith, Graves, and Engelhardt, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that appellee's motion to expedite the appeal is GRANTED. The merits panel will set the briefing schedule and will decide whether and when oral argument will be heard.