# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 03, 2024

Mr. Gregg Costa
Gibson, Dunn & Crutcher, L.L.P.
811 Main Street
Suite 3000
Houston, TX 77002

    No. 24-10900   X Corp v. Media Matters
                        USDC No. 4:23-CV-1175

Dear Mr. Costa,

We have reviewed your electronically filed brief and record excerpts and they are sufficient.

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.

                                           Sincerely,

                                           LYLE W. CAYCE, Clerk

                                           By: _____
                                           Renee S. McDonough, Deputy Clerk
                                           504-310-7673

cc:
    Mr. Michael Abrams

Ms. Aria Branch
Mr. Cody C. Coll
Mr. Ari Cuenin
Mr. Christopher D. Dodge
Mr. Christopher D. Hilton
Ms. Abha Khanna
Mr. Andrew Patrick LeGrand
Mr. Jacob D. Shelly
Mr. Judd E. Stone II
Mr. John Clay Sullivan