# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 10, 2024

Ms. Alejandra Caraballo
Harvard Law School
Cyberlaw Clinic
1557 Massachusetts Avenue
Lewis Center
4th Floor
Cambridge, MA 02138

    No. 24-10900   X Corp v. Media Matters
                   USDC No. 4:23-CV-1175

Dear Ms. Caraballo,

We filed your brief. However, you must make the following corrections within the next 14 days.

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see Fed. R. App. P. 12(b) and 5th Cir. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Renee S. McDonough, Deputy Clerk
                                504-310-7673

cc:
    Mr. Michael Abrams
    Ms. Aria Branch
    Mr. Cody C. Coll
    Mr. Gregg Costa
    Mr. Ari Cuenin
    Mr. Christopher D. Dodge
    Mr. Christopher D. Hilton
    Ms. Abha Khanna

```
Mr. Andrew Patrick LeGrand
Mr. Jacob D. Shelly
Mr. Oscar Shine
Mr. Judd E. Stone II
Mr. John Clay Sullivan
Mr. Scott B. Wilkens
```

Case: 24-10900     Document: 83-2     Page: 2     Date Filed: 12/09/2024