# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 10, 2024

Mr. Scott B. Wilkens
Knight First Amendment Institute at Columbia University
475 Riverside Drive
Suite 302
New York, NY 10115

No. 24-10900   X Corp v. Media Matters
USDC No. 4:23-CV-1175

Dear Mr. Wilkens,

We filed your brief. However, you must make the following corrections within the next 14 days.

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see Fed. R. App. P. 12(b) and 5th Cir. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
  Mr. Michael Abrams
  Ms. Aria Branch
  Ms. Alejandra Caraballo
  Mr. Cody C. Coll
  Mr. Gregg Costa
  Mr. Ari Cuenin
  Mr. Christopher D. Dodge
  Mr. Christopher D. Hilton
  Ms. Abha Khanna
  Mr. Andrew Patrick LeGrand

Mr. Jacob D. Shelly
Mr. Oscar Shine
Mr. Judd E. Stone II
Mr. John Clay Sullivan