# United States Court of Appeals

*for the*

# Fifth Circuit

---

Case No. 24-10900

X CORP.,

*Plaintiff-Appellee,*

v.

MEDIA MATTERS FOR AMERICA; ERIC HANANOKI;
ANGELO CARUSONE,

*Defendants-Appellants.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS IN CASE NO. 4:23-CV-1175
HONORABLE REED CHARLES O'CONNOR, U.S. DISTRICT JUDGE

## BRIEF OF *AMICUS CURIAE* FREEDOM OF THE PRESS FOUNDATION IN SUPPORT OF DEFENDANTS-APPELLANTS AND REVERSAL

OSCAR SHINE
SELENDY GAY PLLC
*Counsel for Amicus Curiae*
1290 Avenue of the Americas
New York, New York 10104
(212) 390-9000

CP COUNSEL PRESS    (800) 4-APPEAL • (334858)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *amicus curiae*, Freedom of the Press Foundation, states that it is a not-for-profit association and has no parent corporations, subsidiaries, or affiliates. No publicly held corporation owns ten percent or more of its stock.

Dated: December 9, 2024

New York, New York

/s/ Oscar Shine
Oscar Shine
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 390-9034
Email: oshine@selendygay.com
*Counsel for the Amicus Curiae*
*Freedom of the Press Foundation*

## **CERTIFICATE OF INTERESTED PERSONS**

The undersigned counsel of record certifies that—in addition to the persons and entities listed in the appellees' Certificate of Interested Persons—the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

Counsel for parties and amicus in this case are as follows:

### ***Plaintiff-Appellees***

X Corp.

### ***Attorneys for Plaintiff-Appellees***

STONE | HILTON PLLC

Judd E. Stone II
Christopher D. Hilton
Ari Cuenin
Michael R. Abrams
600 Congress Avenue, Suite 2350
Austin, TX 78701

S|L LAW PLLC

John C. Sullivan
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104

### ***Defendant-Appellants***

Media Matters for America; Eric Hananoki; Angelo Carusone

### ***Attorneys for Defendant-Appellants***

GIBSON, DUNN & CRUTCHER LLP

Andrew LeGrand
Trey Cox
2001 Ross Avenue, Sute 2100
Dallas, TX 75201

ELIAS LAW GROUP LLP

Abha Khanna
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101

Theodore J. Boutrous, Jr.
333 South Grand Avenue
Los Angeles, CA 90071

Amer S. Ahmed
200 Park Avenue
New York, NY 10166

Gregg Costa
811 Main Street, Suite 3000
Houston, TX 77002

Aria C. Branch
Christopher D. Dodge
Jacob D. Shelly
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001

***Amicus Curiae***

Freedom of the Press Foundation

***Attorneys for Amicus Curiae***

SELENDY GAY PLLC

Oscar Shine
1290 Avenue of the Americas
New York, NY 10104

Respectfully Submitted,

/s/ Oscar Shine
Oscar Shine
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104

*Counsel for the Amicus Curiae*
*Freedom of the Press Foundation*

# **TABLE OF CONTENTS**

**Page**

INTEREST OF AMICUS CURIAE ........................................................................1

SUMMARY OF ARGUMENT .............................................................................2

ARGUMENT ........................................................................................................5

I.    The Decline In Legacy Business Models For Journalism Has Made
      Small And Large Donors Indispensable ........................................................5

      A.    Traditional Media Organizations Have Suffered Precipitous
            Declines In Circulation, Revenue, and Influence................................5

      B.    Americans Increasingly Rely On New, Donor-Supported Media
            Organizations For News And Information...........................................7

II.   Compelled Donor Disclosure Undermines The First Amendment Right
      of Association ...............................................................................................13

CONCLUSION ...................................................................................................15

# TABLE OF AUTHORITIES

**Page(s)**

**Cases:**

*Americans for Prosperity v. Bonta*,
  594 U.S. 595 (2021) ................................................................. 2, 4, 13

*Buckley v. Valeo*,
  424 U.S. 1 (1976) .................................................................14

*NAACP v. Alabama*,
  357 U.S. 449 (1958) ............................................................. 2, 5, 13

*Shelton v. Tucker*,
  364 U.S. 479 (1960) ............................................................. 13, 14

*Talley v. California*,
  362 U.S. 60 (1960) ...............................................................15

**Statutes and Other Authorities:**

Abigail Shrier, *Top Trans Doctors Blow Whistle on 'Sloppy' Care*,
  The Free Press (Oct. 4, 2021) ...............................................10

*About*, Quillette (2024) ...........................................................12

*About*, Racket News (2024) .......................................................9

*About*, The Bulwark (2024) .......................................................9

Amelia Lester, *The Voice of the 'Intellectual Dark Web*,'
  Politico (Nov./Dec., 2018)......................................................12

*Americans are Getting More Nervous About What They Say in Public*,
  The Economist (July 28, 2020) ...............................................2

*Apple Shares the Most Popular Podcasts of 2024*, Apple Newsroom
  (Nov. 19, 2024)....................................................................11

Ashley Carman, *Spotify Reveals Joe Rogan's Podcast Numbers*, Bloomberg
  (Mar. 21, 2024)......................................................................8

*Audio and Podcasting Fact Sheet*, Pew Rsch. Ctr. (June 15, 2023)....................7, 8

Bari Weiss and Josh Rogin, *You're Already Living in China's World Pt 1: The Lab Leak Lies*, Honestly with Bari Weiss (Aug. 23, 2021) ..........................10

Bari Weiss, *We're Number One—Thanks to You* (Apr. 10, 2024)..........................10

Brian Dean, *Substack User and Revenue Statistics*, BackLinko (Mar. 4, 2024)....................................................................................................9

*Cable News Fact Sheet*, Pew Rsch. Ctr. (Sept. 14, 2023) .........................................7

David Stoll, *Why Immigrants Need US Border Enforcement*, Quillette (Nov. 24, 2014).........................................................................................................12

*Fasting, Prayer, Meditation, & the Global Persecution of Christians (With Hallow CEO Alex Jones)*, TCN (Nov. 2024) .............................................11

Francesca Ebel, *Putin, in a Rambling Interview, Barely Lets Tucker Carlson Get a Word In*, The Washington Post (Feb. 8, 2024)..........................................11

George Winslow, *Survey: TV Declines as Preferred Source of Local News*, TvTech (May 10, 2024)..........................................................................................7

Gerald M. Steinberg, *Bias and Betrayal*, Quillette (Dec. 6, 2023) .........................12

*INN Index Snapshot 2023: Growing Resources Lead to Sector Expansion*, Institute for Nonprofit News (May 23, 2023) ...................................................8, 13

Jessica Weiss, *As Nonprofit Newsrooms Produce Transformative Journalism, Legislators Take Notice* (June 13, 2022)..........................................13

*Join Team Tucker*, TCN (2024) ...............................................................................11

Kirsten Grind, *Why Did Facebook Fire a Top Executive? Hint: It Had Something to do With Trump*, The Wall Street Journal (Nov. 11, 2018)...............2

Leighton Woodhouse, *They Questioned Gender-Affirming Care. Then Their Kids Were Kicked Out of School*, The Free Press (June 23, 2022) ......................10

Matt Flegenheimer, *Bari Weiss Knows Exactly What She's Doing*, The New York Times (Aug. 11, 2024) ...............................................................10

Michael Lipka & Elisa Shearer, *Audiences are Declining for Traditional News Media in the U.S – with some exceptions*, Pew Rsch. Ctr. (Nov. 28, 2023)................................................................................................6, 7

*Mozilla CEO Brendan Eich Resigns After Protests from Gay Marriage Supporters*, ABC News (Apr. 3, 2014) ..................................................2

*Newspaper Fact Sheet*, Pew Rsch. Ctr. (Nov. 10, 2023)........................................5, 6

Nikki Usher & Sanghoon Kim-Leffingwell, *How Loud Does the Watchdog Bark? A Reconsideration of Losing Local Journalism, News Nonprofits, and Political Corruption*, 29 Int'l J. of Press/Politics 960 (2024)..................8, 13

Robert Pondiscio, *How Public Schools Became Ideological Boot Camps*, The Free Press (June 12, 2024) ...................................................10

Rodney Benson, *Can foundations solve the journalism crisis?* 19 *Journalism* 1 (2018) ...................................................5

Sara Fischer, *Independent Journalist Era Takes Off*, Axios (Aug. 13, 2024)...................................................9

Sara Fischer, Substack Invites Newsletter Writers to Invest, Axios (March 23, 2023) ...................................................9

Sara Fisher, *The Free Press in talks to Raise Capital this Year*, Axios (Jan. 16, 2024) ...................................................10

Sophie Elliott, Arkadi Gerney, Tim Hogan, Sarah Knight, & Akhil Rajan, *Analysis of the Changing U.S. News Media Landscape and Strategies Toward Delivering Civic Value* at 19–20 (June 2023)...................................................6

*Support Us*, The Free Press (2024) ...................................................10

*The State of Local News 2024 Report*, Northwestern Medill Local News Initiative...................................................6, 8

*The Story of Patreon*, Patreon (2024) ...................................................12

*The Tucker Carlson Interview: The Donald Trump Interview*, TCN (Aug. 2023)...................................................11

*The Vladimir Putin Interview*, TCN (Feb. 6, 2024)...................................................11

Todd Spangler, *Joe Rogan Again Had the No. 1 Podcast on Spotify for 2024*, Variety (Dec. 4, 2024) ...................................................8

*Uncensored: America is being Invaded and Destroyed*, TCN (May 2024) ...........11

*Welcome to the Free Press*, The Free Press (Dec. 8, 2022) ...................................................10

vii

Wilson Wong, *Virginia Police Officer Fired After Donating to Kyle Rittenhouse Defense Fund*, NBC (Apr. 21, 2021)....................................................2

Fed. R. App. P. 29(a)(2) ..............................................................................1

Fed. R. App. P. 29(a)(4)(E) .........................................................................1

## <u>INTEREST OF AMICUS CURIAE</u>

*Amicus curiae* Freedom of the Press Foundation ("<u>FPF</u>") respectfully submits this brief to address the implications of the District Court's order for donor-dependent media organizations. Counsel for all parties have consented to the submission of *amicus*' brief. *See* Fed. R. App. P. 29(a)(2). No party's counsel authored this brief in whole or in part, and no person or entity other than *amicus* made a monetary contribution to the preparation or submission. *See* Fed. R. App. P. 29(a)(4)(E).

FPF is a nonprofit and nonpartisan 501(c)(3) organization founded in 2012 with a mission to protect public interest journalism. FPF is a prominent advocate of free speech and press freedom that advocates for the rights of reporters and whistle-blowers. FPF works to protect journalists and their sources by building secure communication tools and providing digital security training and open-source resources for journalists. FPF also monitors press freedom violations in the United States and advocates for a free press and the public's right to information.

Thus, FPF has a strong interest in ensuring that journalists and news organizations can do their jobs effectively and safely and that a free press continues to flourish even in the face of financial headwinds and changing business models. As explained below, FPF believes that the compelled disclosure of donor information poses a threat to journalists and news organizations that rely, in whole or in part, on donations to fund their work.

## SUMMARY OF ARGUMENT

Imagine losing a job because you donated to a political cause that is unpopular among your colleagues[1] or fearing social ostracization for donating to a cause you believe your religion requires you to support.[2] These scenarios are not hard to imagine: Some 62 percent of Americans say they are afraid to speak their minds because they worry others will find their views offensive.[3] The Supreme Court has long recognized the First Amendment importance of letting private citizens make private donations: Just the threat of involuntary "exposure" can be enough to "dissuade others from joining in" the support of civic organizations. *NAACP v. Alabama*, 357 U.S. 449, 462 (1958); *see also Americans for Prosperity v. Bonta*, 594 U.S. 595 (2021). Defendants'-Appellants' brief, ECF No. 40, ably explains why the District Court's unprecedented and extraordinarily broad order compelling Media Matters to produce *all* "donor related documents" (the "Disclosure Order") is inconsistent with the Supreme Court's guidance in *NAACP* and *Bonta*.

---

[1] *See* Kirsten Grind, *Why Did Facebook Fire a Top Executive? Hint: It Had Something to do With Trump*, The Wall Street Journal (Nov. 11, 2018), https://www.wsj.com/articles/why-did-facebook-fire-a-top-executive-hint-it-had-something-to-do-with-trump-1541965245; *see also* Wilson Wong, *Virginia Police Officer Fired After Donating to Kyle Rittenhouse Defense Fund*¸ NBC (Apr. 21, 2021), https://www.nbcnews.com/news/us-news/virginia-police-officer-fired-after-donating-kyle-rittenhouse-defense-fund-n1264783.

[2] *Mozilla CEO Brendan Eich Resigns After Protests from Gay Marriage Supporters*, ABC News (Apr. 3, 2014), https://abcnews.go.com/Business/mozilla-ceo-resigns-calif-gay-marriage-ban-campaign/story?id=23181711.

[3] *Americans are Getting More Nervous About What They Say in Public*, The Economist (July 28, 2020), https://www.economist.com/graphic-detail/2020/07/28/americans-are-getting-more-nervous-about-what-they-say-in-public.

As an organization dedicated to the promotion of journalism and press free-doms, Freedom of the Press Foundation writes separately as *amicus curiae* to draw the Court's attention to the broader implications of the Disclosure Order for the increasing number of independent news organizations and freelance journalists that fund themselves through donations. By ordering wholesale, indiscriminate discovery into the identity of Media Matters' donors, the Disclosure Order exposes those donors to threats, harassment, and burdensome lawsuits. Indeed, X Corp.'s CEO has said expressly that is one of the purposes of the lawsuit: to "pursue not just [Media Matters] but anyone funding that organization." App.396. Media Matters' employees and donors have even faced violent threats: Media Matters received an email stating, "Looks like I can track your funding. Home addresses and bank accounts are next. . . . Every employee at, media matters [*sic*] is considered an enemy to the USA and will be executed." App.391.

The Disclosure Order, if affirmed, would set a troubling precedent for other deep-pocketed litigants hoping to target their perceived ideological enemies by threatening to take discovery on private, nonparty donors. As Chief Justice Roberts explained, the First Amendment's protections for associational rights are "triggered not only by actual restrictions on an individual's ability to join with others," but also by measures, such as compelled disclosures, that pose "the risk of a chilling effect."

*Bonta*, 594 U.S. at 618. As explained below, the Disclosure Order poses particular risks for smaller, independent journalists who depend, fully or partly, on donations.

Part I.A of the brief describes the dramatic, decades-long decline of the business models that traditionally sustained the news media. Part I.B explains how new media organizations have turned to donation-based models to fund their work. Part II then explains why compelled disclosure of donor identities poses a profound practical and constitutional risk to the rising generation of alternative media organizations: Involuntary donor disclosure invades donors' protected right of association and threatens the existence of important, emerging news outlets. While some news outlets voluntarily disclose information about their donors, particularly when they receive donations from large foundations, this is entirely different from court-compelled disclosure. Many donors will have donated only small amounts of money and may face great personal risk by having their identities disclosed in civil litigation. As a result, the Disclosure Order will make citizens less likely to support the independent news organizations that make a free society possible.

Because the Disclosure Order threatens the viability of new, donor-based news outlets and by extension threatens to further weaken a struggling news industry, FPF respectfully urges the Court to reverse the Disclosure Order.

## ARGUMENT

**I.     The Decline In Legacy Business Models For Journalism Has Made Small And Large Donors Indispensable**

The economic landscape for journalists has changed dramatically in the years since *NAACP v. Alabama* was decided in 1958. As described in Part A, traditional news sources—including newspapers, broadcast television, and radio—have all seen sharp declines in circulation and revenue. Part B describes how, in parallel, new media organizations—including startups, nonprofits, and freelance individuals—have stepped in to provide news to millions of Americans. Crucially, many of these new media organizations depend, either wholly or in part, on donations.

### A.     Traditional Media Organizations Have Suffered Precipitous Declines In Circulation, Revenue, and Influence

Historically, the news industry depended on advertising and subscription revenue to sustain itself, with approximately 80 percent of revenue coming from advertising.[4] Both subscriptions and advertisements, however, have steadily and dramatically declined, dragging many media organizations down along the way.

Newspapers, for example, have been especially hit hard. Daily newspaper circulation peaked at 63 million weekday papers in 1973.[5] By 2013, daily circulation was down to 40 million weekday papers[6] and had dropped further to an estimated

---

[4] Rodney Benson, *Can foundations solve the journalism crisis?* 19 *Journalism* 1, 1–19 (2018).

[5] *Newspaper Fact* Sheet, Pew Rsch. Ctr. (Nov. 10, 2023), https://www.pewresearch.org/journalism/fact-sheet/newspapers/.

[6] *Id.*

20.9 million by 2022.[7] Advertising revenue reached a record-low $9.7 billion in 2022, down almost 25 percent from $12.8 billion in 2019.[8] Similarly, classified advertisement sales—another historically reliable source of revenue for newspapers—dropped 75 percent across the industry between 2000 and 2013.[9]

As revenues plunged, thousands of newspapers went out of business. Since 2005, more than 3,200 newspapers shut down in the United States, representing about 20 percent of all metro and community newspapers.[10] Today, there are an estimated 1,800 communities without regular access to local news—so-called "news deserts."[11] Though some newspapers were able to pivot to digital advertising, those revenues are also precarious: As of 2022, the average monthly digital traffic to the country's top 50 newspapers' websites declined by 20 percent compared to the same period in 2021.[12]

Newspapers are not alone: Televised news organizations are also struggling with declines in viewership and revenue. Audiences for local TV news dropped from

---

[7] *Id.*

[8] *Id.*

[9] Sophie Elliott, Arkadi Gerney, Tim Hogan, Sarah Knight, & Akhil Rajan, *Analysis of the Changing U.S. News Media Landscape and Strategies Toward Delivering Civic Value* at 19–20 (June 2023), https://www.medialandscapereport.org/uploads/1/4/6/0/146099971/media_landscape_report.pdf.

[10] *The State of Local News 2024 Report*, Northwestern Medill Local News Initiative, https://localnewsinitiative.northwestern.edu/projects/state-of-local-news/2024/.

[11] *Id.*

[12] Michael Lipka & Elisa Shearer, *Audiences are Declining for Traditional News Media in the U.S – with some exceptions,* Pew Rsch. Ctr. (Nov. 28, 2023), https://www.pewresearch.org/short-reads/2023/11/28/audiences-are-declining-for-traditional-news-media-in-the-us-with-some-exceptions/.

averaging 4 million viewers in 2016 to 3 million in 2022.[13] These trends are worse

today, as only 32 percent of survey respondents identify TV as their preferred source

of local news, down from 41 percent in 2018.[14] In 2022, CNN lost 25 percent of its

viewers and MSNBC lost 6 percent. Fox News viewership increased by 10 percent,[15]

but its audience of 2.1 million viewers[16] pales in comparison to audiences for inde-

pendent news sites and other digital news sources.

### B.     Americans Increasingly Rely On New, Donor-Supported Media Organizations For News And Information

As traditional news outlets struggle, a diverse array of new media organiza-

tions has emerged to offer Americans alternative sources of news. Independent news

organizations and freelance journalists filling the void left by the decline of legacy

media often depend on outside funding from both institutions and private citizens.

Americans have embraced their new options enthusiastically. For example, in

2006, only 11 percent of Americans ages 12 and older listened to podcasts.[17] By

2019, that number was approximately 51 percent; and by 2023, it rose to 64

---

[13] *Id.*

[14] *George Winslow, Survey: TV Declines as Preferred Source of Local News*, TvTech (May 10, 2024), https://www.tvtechnology.com/news/survey-tv-declines-as-preferred-source-of-local-news.

[15] *Cable News Fact Sheet*, Pew Rsch. Ctr. (Sept. 14, 2023), https://www.pewresearch.org/journalism/fact-sheet/cable-news/.

[16] *Id.*

[17] *Audio and Podcasting Fact Sheet*, Pew Rsch. Ctr. (June 15, 2023), https://www.pewresearch.org/journalism/fact-sheet/audio-and-podcasting/?tabItem=fd903ede-03a7-417f-a73e-f9721304505f.

percent.[18] The most popular podcasts, such as Joe Rogan's "The Joe Rogan Experience"—the most listened-to podcast on Spotify four years running[19]—boast millions of followers.[20]

Similarly, online independent news outlets have rapidly grown to become one of the largest categories of news media in the country.[21] With 17 percent growth in the number of digital-first news outlets between 2021 and 2022,[22] such sites have enabled independent journalists and reporters to share news, investigations, and analysis that legacy media often no longer supports. Independent sites, backed by donors and small-dollar subscriptions, allow journalists to produce reporting that seeks to uncover hidden information, corruption, or injustice.[23] Such information is often disseminated through journalists' use of social media.

Many independent news outlets and freelance journalists have also taken advantage of the internet to allow individual readers to fund their work. For example,

---

[18] *Id.*

[19] Todd Spangler, *Joe Rogan Again Had the No. 1 Podcast on Spotify for 2024*, Variety (Dec. 4, 2024), https://variety.com/2024/digital/news/spotify-top-podcasts-2024-charts-joe-rogan-alex-cooper-1236233049/

[20] Ashley Carman, *Spotify Reveals Joe Rogan's Podcast Numbers*, Bloomberg (Mar. 21, 2024), https://www.bloomberg.com/news/newsletters/2024-03-21/spotify-reveals-podcast-numbers-for-joe-rogan-alex-cooper-travis-kelce.

[21] *The State of Local News 2024 Report, supra* note 10.

[22] *INN Index Snapshot 2023: Growing Resources Lead to Sector Expansion*, Institute for Nonprofit News (May 23, 2023), https://inn.org/research/inn-index/inn-index-2023/executive-summary/.

[23] Nikki Usher & Sanghoon Kim-Leffingwell, *How Loud Does the Watchdog Bark? A Reconsideration of Losing Local Journalism, News Nonprofits, and Political Corruption*, 29 Int'l J. of Press/Politics 960–82 (2024).

Substack—a company founded in 2017 as a newsletter platform—hosts the content of over 17,000 writers and citizen journalists.[24] Substack allows journalists and others to publish newsletters that today reach audiences of 35 million free readers and 2 million paid subscribers.[25] As of March 2023, Substack readers have paid the independent writers on the platform more than $30 million.[26]

Substack illustrates how, for new media companies, there is increasingly little distinction between "donors" and "subscribers." Award-winning journalist Matt Taibbi, for example, publishes *Racket News* on Substack to an audience of more than 474,000 readers. Readers can "subscribe" to *Racket News* for $5 a month, but many of the articles are available to read even without a subscription.[27] Similarly, *The Bulwark*, a reader-supported center-right publication with hundreds of thousands of subscribers, offers its content for free on Substack, where readers can also "subscribe" for $100 a year or purchase a "Founding Membership" for $300 a year to "keep The Bulwark available to the widest possible audiences."[28]

One publication that has thrived on Substack is *The Free Press*, an investigative news outlet founded in 2022. Vowing to publish "investigative stories and

---

[24] Sara Fischer, *Independent Journalist Era Takes Off*, Axios (Aug. 13, 2024), https://www.axios.com/2024/08/13/independent-journalists-substack-news.

[25] Brian Dean, *Substack User and Revenue Statistics*, BackLinko (Mar. 4, 2024), https://backlinko.com/substack-users.

[26] Sara Fischer, Substack Invites Newsletter Writers to Invest, Axios (March 23, 2023), https://www.axios.com/2023/03/28/substack-community-fundraising-round.

[27]*About*, Racket News (2024), https://www.racket.news/about.

[28] *About*, The Bulwark (2024), https://www.thebulwark.com/about.

provocative commentary about the world as it actually is," [29] *The Free Press* has sparked controversy[30] for its coverage of topics such as "antiracist" high school curricula,[31] healthcare for transgender children,[32] and the origins of COVID-19.[33] With a readership of over 600,000 from across the United States, as of April 2024, *The Free Press* was the top publication on Substack.[34] *The Free Press* "makes most of its money from subscriptions, including to its newsletters,"[35] and also offers readers the opportunity to provide monetary support through donations, beyond their subscriptions.[36] Given the controversy that has surrounded its work, *The Free Press* could be vulnerable to the chilling effects of compelled donor-list disclosure.

In addition to using third-party sites such as Substack, news outlets have their own websites on which they solicit donations. For example, former longtime Fox

---

[29] *Welcome to the Free Press*, The Free Press (Dec. 8, 2022), https://www.thefp.com/p/welcome-to-the-free-press.

[30] Matt Flegenheimer, *Bari Weiss Knows Exactly What She's* Doing, The New York Times (Aug. 11, 2024), https://www.nytimes.com/2024/08/11/business/media/bari-weiss-free-press.html.

[31] Robert Pondiscio, *How Public Schools Became Ideological Boot Camps*, The Free Press (June 12, 2024), https://www.thefp.com/p/how-public-schools-became-ideological-boot-camps.

[32] Abigail Shrier, *Top Trans Doctors Blow Whistle on 'Sloppy' Care*, The Free Press (Oct. 4, 2021), https://www.thefp.com/p/top-trans-doctors-blow-the-whistle; *see also* Leighton Woodhouse, *They Questioned Gender-Affirming Care. Then Their Kids Were Kicked Out of School*, The Free Press (June 23, 2022), https://www.thefp.com/p/they-questioned-gender-affirming.

[33] Bari Weiss and Josh Rogin, *You're Already Living in China's World Pt 1: The Lab Leak Lies*, Honestly with Bari Weiss (Aug. 23, 2021), https://podcasts.apple.com/us/podcast/youre-already-living-in-chinas-world-pt-1-the-lab-leak-lies/id1570872415?i=1000532793045.

[34] *Welcome to the Free Press*, *supra* note 29; Bari Weiss, *We're Number One—Thanks to You* (Apr. 10, 2024), https://www.thefp.com/p/were-number-one-thanks-to-you.

[35] Sara Fisher, *The Free Press in talks to Raise Capital this Year*, Axios (Jan. 16, 2024), https://www.axios.com/2024/01/16/free-press-raise-bari-weiss ("Most subscribers pay between $6.67 and $8 monthly to access The Free Press' full suite of content.").

[36] *Support Us*, The Free Press (2024), https://www.thefp.com/support-us.

News primetime television host Tucker Carlson founded the Tucker Carlson Network ("TCN") streaming service, website, and podcast[37] in 2023. TCN calls itself "an alternative to legacy media"[38] and generates revenue from (among other sources) monthly subscriptions,[39] in addition to offering freely accessed content without needing a subscription. The TCN, which has featured stories about "the migrant crisis currently unfolding on our southern border"[40] and the "global persecution of Christians"[41] as well as interviews with politicians including Vladimir Putin[42] and president-elect Donald Trump,[43] has also faced significant criticism.[44] Subscribers and donors may fear that compelled disclosure of their contributions to the TCN could expose them to harassment, contempt, or threats.

Media organizations with smaller audiences also depend on donations for revenue. For example, *Quillette*—an "online magazine that focuses on long-form

---

[37] TCN's podcast "The Tucker Carlson Show" was Apple Podcasts' number one news show in 2024 and was responsible for the platform's most shared episode. *Apple Shares the Most Popular Podcasts of 2024*, Apple Newsroom (Nov. 19, 2024), https://www.apple.com/newsroom/2024/11/apple-shares-the-most-popular-podcasts-of-2024/.

[38] *Join Team Tucker*, TCN (2024), https://tuckercarlson.com/join.

[39] *Id.*

[40] *Uncensored: America is being Invaded and Destroyed*, TCN (May 2024), https://tuckercarlson.com/uncensored-michael-yon-border-invasion.

[41] *Fasting, Prayer, Meditation, & the Global Persecution of Christians (With Hallow CEO Alex Jones)*, TCN (Nov. 2024), https://tuckercarlson.com/tucker-show-alex-jones-hallow.

[42] *The Vladimir Putin Interview*, TCN (Feb. 6, 2024), https://tuckercarlson.com/the-vladimir-putin-interview.

[43] *The Tucker Carlson Interview: The Donald Trump Interview*, TCN (Aug. 2023), https://tuckercarlson.com/president-donald-trump.

[44] *See* Francesca Ebel, *Putin, in a Rambling Interview, Barely Lets Tucker Carlson Get a Word In*, The Washington Post (Feb. 8, 2024), https://www.washingtonpost.com/world/2024/02/08/tucker-carlson-putin-interview-released/.

analysis and cultural commentary"[45]—is a "grassroots organization that relies on voluntary subscriptions and community membership as [its] primary revenue stream."[46] Founded in 2015, *Quillette* has three editors and has published articles about (among other things) U.S. border enforcement[47] and its view of "the extensive rot at the heart of the Human Rights Watch."[48] Its primary revenue source is Patreon,[49] a crowdfunding platform that allows online "creators" to connect with individuals to share their work and solicit donations.[50] For *Quillette*, "[i]n September [of 2018], Patreon donations brought in $19,000," as well as "a few supporters in California who send money" quarterly.[51] Its reliance on small-dollar donations makes *Quillette* particularly susceptible to the sorts of funding shortfalls that could arise if were compelled to disclose its donor and subscription lists, chilling individual contributions to its work.

Other donor-backed organizations are attempting to address the decline in local news. Between 2017 and 2021, the number of local news nonprofits more than

---

[45] *About*, Quillette (2024), https://quillette.com/about/.

[46] *Id.*

[47] David Stoll, *Why Immigrants Need US Border Enforcement*, Quillette (Nov. 24, 2014), https://quillette.com/2024/11/26/immigrants-also-need-us-border-enforcement-us-mexico-border-control-trump-latinos/.

[48] Gerald M. Steinberg, *Bias and Betrayal*, Quillette (Dec. 6, 2023), https://quillette.com/2023/12/06/bias-and-betrayal/.

[49] *The Story of Patron*, Patreon (2024), https://www.patreon.com/about.

[50] Amelia Lester, *The Voice of the 'Intellectual Dark Web,'* Politico (Nov./Dec., 2018), https://www.politico.com/magazine/story/2018/11/11/intellectual-dark-web-quillette-claire-lehmann-221917/.

[51] *Id.*

doubled, with funding for them simultaneously increasing.[52] These nonprofits serve the public interest. They educate, promote social welfare, and provide information that mainstream media channels are reluctant or unable to provide. They report on daily and local news as well as government, equity, inequality, and justice.[53] About 40 percent of these nonprofits focus on rural and low-income communities.[54] According to research by Media Impact Funders, nonprofit news funding has grown from $84 million in 2009 to $533 million in 2020.[55] With the collapse of legacy sources of local news, *see supra* Section I.A., it is especially important that donors to new nonprofit news outlets not be discouraged by the prospect of compelled disclosure of their identities.

## II.  Compelled Donor Disclosure Undermines The First Amendment Right of Association

The First Amendment's guarantee of free association protects the privacy of organizations' memberships and donors, prohibiting the forced disclosure of donor names and information. *See, e.g.*, *Shelton v. Tucker*, 364 U.S. 479, 486 (1960); *NAACP v. Alabama*, 357 U.S. at 462. The Supreme Court forcefully reaffirmed these principles in *Bonta*, castigating the California Attorney General's attempted

---

[52] Usher & Kim-Leffingwell, *supra* note 23.

[53] *INN Index Snapshot 2023: Growing Resources Lead to Sector Expansion,* Institute for Nonprofit News (May 23, 2023), https://inn.org/research/inn-index/quality-of-coverage-2023/.
[54] *Id.*

[55] Jessica Weiss, *As Nonprofit Newsrooms Produce Transformative Journalism, Legislators Take Notice* (June 13, 2022), https://www.arnoldventures.org/stories/as-nonprofit-newsrooms-produce-transformative-journalism-legislators-take-notice.

"dragnet for sensitive donor information," 594 U.S. at 614, for creating an unconstitutional "chilling effect" on associational rights. *Id.* at 618. Court-compelled disclosure of donor information has thus long been disfavored by the Supreme Court. Like the compelled disclosure of donor information from charities, compelled disclosure of news outlets' donor information would chill their donors' associational rights and make them less likely to support independent journalism. Today, the target is Media Matters, but tomorrow it could be other news outlets disfavored by powerful people on the left or the right.

The threat to donors is aptly illustrated by this case. Here, there is more than a "reasonable probability" that disclosure of Media Matters' donor lists will lead to "threats, harassment, or reprisals," App.384 (citing *Buckley v. Valeo*, 424 U.S. 1, 74 (1976)). After the *Washington Free Beacon* disseminated an alleged "leaked donor list" of Media Matters' "five largest contributors," X users "repeatedly called for arrests, treason trials, and the death penalty for these donors." App.391 (quotation marks omitted). Some "donors and potential donors have [already] expressed concerns for their own privacy and personal safety." *Id.*

More broadly, the First Amendment is threatened merely by the *possibility* of involuntary disclosure of donor information. *See Shelton*, 364 U.S. at 486 (observing that information gathering chills associational rights "even if there were no disclosure to the general public."). Lawsuits brought by Musk or others against donors

could have devastating consequences for those donors, even if they are not successful. Donors can be punished for their support of any media outlet simply by being forced to spend resources defending themselves, such as against meritless lawsuits.

This harassment is exactly of the sort that the Supreme Court has decried in its rulings on associational and other First Amendment freedoms. As the Court put it when invalidating a Los Angeles city ordinance that compelled disclosure of the identities of political pamphleteers, anonymity is a core part of associational rights, particularly in relation to groups "engaged in the dissemination of ideas." *Talley v. California*, 362 U.S. 60, 65 (1960). "[F]ear of reprisal might deter perfectly peaceful discussions of public matters and importance." *Id.*

## CONCLUSION

For the foregoing reasons, the Court should reverse the decision of the District Court.

Dated: December 9, 2024

New York, New York

/s/ Oscar Shine
Oscar Shine
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 390-9034
Email: oshine@selendygay.com
*Counsel for the Amicus Curiae*
*Freedom of the Press Foundation*

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify that:

1.   This brief of *amicus curiae* complies with the type-volume limitation of Fed. R. App. P. 29(a)(5) because it contains 3,402 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f) and 5th Cir. R. 32.2.

2.   This brief of *amicus curiae* complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and 5th Cir. R. 32.1 and the type-style requirements of Fed. R. App. P.32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point font.

3.   Any required privacy redactions have been made pursuant to 5th Cir. R. 25.2.13.

Dated: December 9, 2024

<u>/s/ Oscar Shine</u>
Oscar Shine
Selendy Gay PLLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on December 9, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: December 9, 2024

<u>/s/ Oscar Shine</u>
Oscar Shine
SELENDY GAY PLLC