# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 10, 2024

```
Ms. Alejandra Caraballo
Harvard Law School
Cyberlaw Clinic
1557 Massachusetts Avenue
Lewis Center
4th Floor
Cambridge, MA 02138

Mr. Oscar Shine
Selendy Gay, P.L.L.C.
1290 Avenue of the Americas
New York, NY 10104

Mr. Scott B. Wilkens
Knight First Amendment Institute at Columbia University
475 Riverside Drive
Suite 302
New York, NY 10115

      No. 24-10900   X Corp v. Media Matters
                     USDC No. 4:23-CV-1175


Dear Ms. Caraballo, Mr. Shine, and Mr. Wilkens,

We have reviewed your electronically filed amicus brief and it is
sufficient.

You must submit the 7 paper copies of your brief required by 5th
Cir. R. 31.1 within 5 days of the date of this notice pursuant to
5th Cir. ECF Filing Standard E.1.
```

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Renee McDonough
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
  Mr. Michael Abrams
  Ms. Aria Branch
  Mr. Cody C. Coll
  Mr. Gregg Costa
  Mr. Ari Cuenin
  Mr. Christopher D. Dodge
  Mr. Christopher D. Hilton
  Ms. Abha Khanna
  Mr. Andrew Patrick LeGrand
  Mr. Jacob D. Shelly
  Mr. Judd E. Stone II
  Mr. John Clay Sullivan