# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 03, 2025

Mr. Judd E. Stone II
Stone Hilton, P.L.L.C.
600 Congress Avenue
Suite 2350
Austin, TX 78701

    No. 24-10900   X Corp v. Media Matters
                     USDC No. 4:23-CV-1175

Dear Mr. Stone,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.  Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Casey A. Sullivan, Deputy Clerk
                                504-310-7642

cc:
      Mr. Michael Abrams
      Ms. Aria Branch
      Ms. Alejandra Caraballo
      Mr. Cody C. Coll
      Mr. Gregg Costa
      Mr. Ari Cuenin
      Mr. Christopher D. Dodge
      Mr. Christopher D. Hilton
      Ms. Abha Khanna
      Mr. Andrew Patrick LeGrand
      Mr. Jacob D. Shelly
      Mr. Oscar Shine
      Mr. John Clay Sullivan
      Mr. Scott B. Wilkens