# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 06, 2025

TO COUNSEL LISTED BELOW:

    No. 24-10900    X Corp v. Media Matters

Dear Counsel:

This is to advise that the oral argument of this case has been moved from Thursday, February 13, 2025, to Tuesday, February 18, 2025.

Please acknowledge receipt of this calendar via email to your courtroom deputy, kim_pollard@ca5.uscourts.gov

Very truly yours,

LYLE W. CAYCE, Clerk

By: _____
Charles B. Whitney
Calendar Clerk
504-310-7679

Mr. Michael Abrams
Ms. Aria Branch
Ms. Alejandra Caraballo
Mr. Cody C. Coll
Mr. Gregg Costa
Mr. Ari Cuenin
Mr. Christopher D. Dodge
Mr. Christopher D. Hilton
Ms. Abha Khanna
Mr. Andrew Patrick LeGrand
Mr. Jacob D. Shelly
Mr. Oscar Shine
Mr. Judd E. Stone II
Mr. John Clay Sullivan
Mr. Scott B. Wilkens