# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 10, 2025

Mr. Michael Abrams
Stone Hilton, P.L.L.C.
600 Congress Avenue
Austin, TX 78701

Mr. Cody C. Coll
Stone Hilton, P.L.L.C.
600 Congress Avenue
Suite 2350
Austin, TX 78701

Mr. Ari Cuenin
Stone Hilton, P.L.L.C.
600 Congress Avenue
Austin, TX 78701

Mr. Christopher D. Hilton
Stone Hilton, P.L.L.C.
600 Congress Avenue
Austin, TX 78701

Mr. Judd E. Stone II
Stone Hilton, P.L.L.C.
600 Congress Avenue
Suite 2350
Austin, TX 78701

Mr. John Clay Sullivan
SL Law, P.L.L.C.
610 Uptown Boulevard
Suite 2000
Cedar Hill, TX 75104

　　　　No. 24-10900　　X Corp v. Media Matters
　　　　　　　　　　　　USDC No. 4:23-CV-1175

Dear Mr. Abrams, Mr. Coll, Mr. Cuenin, Mr. Hilton, Mr. Stone, Mr. Sullivan,

The following pertains to your brief received in paper form on 1/7/25.

The paper briefs received are double-sided. Please send in 7 corrected single-sided copies. The corrected single-sided copies are due 1/15/25.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Shirley M. Engelhardt
Shirley M. Engelhardt, Deputy Clerk
504-310-7631

cc:
    Ms. Aria Branch
    Ms. Alejandra Caraballo
    Mr. Gregg Costa
    Mr. Christopher D. Dodge
    Ms. Abha Khanna
    Mr. Andrew Patrick LeGrand
    Mr. Jacob D. Shelly
    Mr. Oscar Shine
    Mr. Scott B. Wilkens