# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 24, 2025

Mr. Gregg Costa
Gibson, Dunn & Crutcher, L.L.P.
811 Main Street
Suite 3000
Houston, TX 77002

    No. 24-10900   X Corp v. Media Matters
                      USDC No. 4:23-CV-1175

Dear Mr. Costa,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Renee S. McDonough, Deputy Clerk
                              504-310-7673

cc:
    Mr. Michael Abrams
    Ms. Aria Branch
    Ms. Alejandra Caraballo
    Mr. Cody C. Coll
    Mr. Ari Cuenin
    Mr. Christopher D. Dodge
    Mr. Christopher D. Hilton
    Ms. Abha Khanna
    Mr. Andrew Patrick LeGrand
    Mr. Jacob D. Shelly
    Mr. Oscar Shine
    Mr. Judd E. Stone II
    Mr. John Clay Sullivan

Mr. Scott B. Wilkens

Mr. Scott B. Wilkens