# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 15, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-10900   X Corp v. Media Matters
                  USDC No. 4:23-CV-1175

This appeal has been placed in abeyance this date pending resolution of the limited remand for venue purposes in 25-10630 *In Re Media Matters for America*. Once the case has been removed from abeyance, you will receive notification from this court with any additional instructions.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Mr. Michael Abrams
Ms. Aria Branch
Ms. Alejandra Caraballo
Mr. Cody C. Coll
Mr. Gregg Costa
Mr. Ari Cuenin
Mr. Christopher D. Dodge
Mr. Christopher D. Hilton
Ms. Abha Khanna
Mr. Andrew Patrick LeGrand
Mr. Arjun Pushkar Ogale
Mr. Jacob D. Shelly
Mr. Oscar Shine
Mr. Judd E. Stone II
Mr. John Clay Sullivan
Mr. Scott B. Wilkens