# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 23, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-10900    X Corp v. Media Matters
                USDC No. 4:23-CV-1175

Enclosed is an order entered in this case.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Casey A. Sullivan, Deputy Clerk
        504-310-7642

Mr. Michael Abrams
Ms. Aria Branch
Ms. Alejandra Caraballo
Mr. Cody C. Coll
Mr. Ari Cuenin
Mr. Christopher D. Dodge
Mrs. Alexandra Foulkes Grafton
Mr. Christopher D. Hilton
Ms. Abha Khanna
Mr. Justin A. Nelson
Mr. Jacob D. Shelly
Mr. Oscar Shine
Mr. Judd E. Stone II
Mr. John Clay Sullivan
Mr. Scott B. Wilkens