**No. 24-10900**

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

X CORP.,
*Plaintiff-Appellee,*

v.

MEDIA MATTERS FOR AMERICA, ERIC HANANOKI, and ANGELO
CARUSONE,
*Defendants-Appellants.*

On Appeal from the United States District Court
for the Northern District of Texas
(Case No. 4:23-cv-01175-O)

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Aria C. Branch
Christopher D. Dodge
Jacob D. Shelly
ELIAS LAW GROUP LLP
250 Massachusetts Ave, Suit 400
Washington, DC 20001
T: (202) 968-4490
F: (202) 986-4498
abranch@elias.law
cdodge@elias.law
jshelly@elias.law

Abha Khanna
ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 656-0177
F: (206) 656-0180
akhanna@elias.law

Elias Law Group attorneys Abha Khanna, Aria Branch, Christopher Dodge, and Jacob Shelly respectfully move to withdraw as counsel for Appellants Media Matters for America, Eric Hananoki, and Angelo Carusone. Elias Law Group no longer represents Appellants in the underlying district court proceedings. Counsel from Susman Godfrey, LLP, will continue to represent Appellants in this matter.

Dated: August 11, 2026

Respectfully submitted,

*/s/ Abha Khanna*
Abha Khanna
ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 656-0177
F: (206) 656-0180
akhanna@elias.law

Aria C. Branch
Christopher D. Dodge
Jacob D. Shelly
ELIAS LAW GROUP LLP
250 Massachusetts Avenue NW,
Suite 400
Washington, DC 20001
T: (202) 968-4490
F: (202) 986-4498
abranch@elias.law
cdodge@elias.law
jshelly@elias.law

## CERTIFICATE OF CONFERENCE

I certify that I contacted counsel for X Corp., who confirmed that X Corp. does not oppose the requested relief and does not intend to file an opposition.

/s/ *Abha Khanna*
Abha Khanna

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that counsel for all parties are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Abha Khanna*
Abha Khanna

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 56 words. This document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1) because it has been prepared in a

proportionally spaced, serifed typeface using Microsoft Word in 14-point Century Schoolbook font.

I certify that: (1) all required privacy redactions have been made in compliance with 5th Cir. Rule 25.2.13; (2) the electronic submission of this document is an exact copy of any corresponding paper document, in compliance with 5th Cir. R. 25.2.1; and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free from viruses.

*/s/ Abha Khanna*
Abha Khanna