# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 27, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-10900 X Corp v. Media Matters
USDC No. 4:23-CV-1175

Your appeal has been placed in abeyance this date pending resolution of the new venue analysis in the district court case. Once the case has been removed from abeyance, you will receive notification from this court with any additional instructions.

Sincerely,

LYLE W. CAYCE, Clerk

By: Lisa E. Ferrara
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Mr. Michael Abrams
Ms. Alejandra Caraballo
Mr. Cody C. Coll
Mr. Ari Cuenin
Mrs. Alexandra Foulkes Grafton
Mr. Christopher D. Hilton
Mr. Justin A. Nelson
Mr. Oscar Shine
Mr. Judd E. Stone II
Mr. John Clay Sullivan
Mr. Scott B. Wilkens