STONE HILTON

Judd E. Stone II
**STONE HILTON PLLC**
judd@stonehilton.com
T: (737) 256-6025

October 26, 2026

***Via CM/ECF***

Mr. Thomas B. Plunkett
Clerk of Court
United States Court of Appeals for the Fifth Circuit

**Re:** *X Corp. v. Media Matters for America, et al.*, No. 24-10900

Mr. Plunkett:

On August 21, 2026, the Court issued an unpublished order holding this appeal in abeyance until Defendants-Appellants filed a new mandamus petition challenging the district court's venue determination, or if no petition was filed, thirty days from the Court's August 21 order. *See* ECF No. 93-1 at 4, *In re Media Matters for Am.*, No. 25-10630 (5th Cir. Aug. 21, 2026) (unpublished order).

On September 18, Defendants-Appellants filed a renewed mandamus petition, which the Court has now denied. *See* ECF No. 58-1, *In re Media Matters for Am.*, No. 26-10858 (5th Cir. Oct. 19, 2026) (unpublished order). Because the new mandamus petition that this Court's August 21 order contemplated has now been resolved, Plaintiff-Appellee X Corp. respectfully requests that the Court lift the abatement and proceed to a disposition of this matter.

Sincerely,

*/s/ Judd E. Stone II*
Judd E. Stone II
**STONE HILTON PLLC**

CC: All counsel of record (via e-filing)