# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 20, 2024

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 24-10900   X Corp v. Media Matters
                         USDC No. 4:23-CV-1175

Dear Ms. Mitchell,

Enclosed is an opinion entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Melissa V. Mattingly, Deputy Clerk
                        504-310-7719

Enclosure(s)

cc:
    Mr. Michael Abrams
    Ms. Aria Branch
    Mr. Cody C. Coll
    Mr. Ari Cuenin
    Mr. Christopher D. Dodge
    Mr. Christopher D. Hilton
    Ms. Abha Khanna
    Mr. Andrew Patrick LeGrand
    Mr. Jacob D. Shelly
    Mr. Judd E. Stone II
    Mr. John Clay Sullivan